### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### ORANGEBURG DIVISION

| | |
|---|---|
| Arthur Lee Meeks as Personal Representative of the Estate of Timothy Meeks,<br><br>PLAINTIFF,<br><br>v.<br><br>Town of Cameron and Christopher Hales<br><br>DEFENDANTS, | Case No. 5:23-00669-SAL<br><br><br>**PLAINTIFF'S ANSWERS TO LOCAL 26.01 INTERROGATORIES** |

Plaintiff, by and through his undersigned counsel, submits the following answers to Local Rule 26.01 Interrogatories:

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

   **ANSWER:** **None known at this time.**

B. As to each claim, state whether it should be tried by jury or nonjury and why.

   **ANSWER:** **All claims should be tried by a jury because the Plaintiff has demanded a trial by jury and the claims are triable by a jury.**

C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

   **ANSWER:** **Plaintiff is not a publicly owned company.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civil Rule 3.01.

   **ANSWER:** **The most substantial acts and omissions giving rise to this action occurred in Calhoun County, in this Division.**

5:23-cv-00669-SAL     Date Filed 02/17/23     Entry Number 4     Page 2 of 3

E.  Is this action related in whole or in part to any other matter filed in this District whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Court of court based on a determination of whether the cases; arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judge?

**ANSWER:** No.

CLAWSON FARGNOLI UTSEY, LLC

s/ Christy R. Fargnoli
Samuel R. Clawson, Jr. (11850)
Christy R. Fargnoli (10364)
The Presqui'le House
2 Amherst Street
Charleston, South Carolina 29403
843.970.2700 (o)
843.970.1780 (f)
sam@cfulaw.com
christy@cfulaw.com

Attorneys for Plaintiff

February 17, 2023
Charleston County, South Carolina