# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# ORANGEBURG DIVISION

| | |
|---|---|
| Arthur Lee Meeks as Personal Representative of the Estate of Timothy Meeks, ) ) ) ) | Civil Action Number: 5:23-cv-00669-SAL |
| Plaintiff, ) ) | |
| v. ) ) | **NOTICE OF APPEARANCE** |
| Christopher Hales and Town of Cameron, ) ) ) | |
| Defendants. ) _____ ) | |

The undersigned counsel for Defendants Christopher Hales and Town of Cameron hereby gives notice of appearance to all parties and the Court.

                Davidson & Wren, P.A.

                _s/William H. Davidson, II_
                William H. Davidson, II (425)
                1611 Devonshire Drive, 2nd Floor
                Post Office Box 8568
                Columbia, South Carolina 29202
                wdavidson@dml-law.com
                T: 803-806-8222
                F: 803-806-8855

                *Counsel for Defendants*

Columbia, South Carolina
February 20, 2023